# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# Jerkito Burrito

**Reg. No. 5,529,953**  Likkle More Carib (NEW YORK CORPORATION)
#35b
**Registered Jul. 31, 2018**  20 West St
New York, NEW YORK 10004
**Int. Cl.: 30**
CLASS 30: Burritos
**Trademark**
FIRST USE 6-16-2017; IN COMMERCE 6-16-2017
**Principal Register**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BURRITO"

SER. NO. 87-737,224, FILED 12-28-2017

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# Likkle More Jerk

**Reg. No. 5,529,385**  
**Registered Jul. 31, 2018**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Likkle More Carib (NEW YORK CORPORATION)  
#35b  
20 West Street  
New York, NEW YORK 10004

CLASS 43: Restaurant services

FIRST USE 6-16-2017; IN COMMERCE 6-16-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "JERK"

SER. NO. 87-729,887, FILED 12-21-2017

Director of the United States  
Patent and Trademark Office