# EXHIBIT 2









**jumiekanyc_** Home of The Jerk Burritos, ask for it !
#chefkemis #jerk #buritto #midtown #newyorkcity #jamaicanfood

View all 7 comments

**nat.redwine** Yummy

November 4, 2021