# EXHIBIT 3

ROBERT L. REDA P.C.
4 EXECUTIVE BOULEVARD
SUITE 101
SUFFERN, NEW YORK 10901
(845) 357-5555

----------

August 8, 2023

**By Hand**
Herman Lawrence
582 Bainbridge Street
Brooklyn, New York

Jumieka LLC
582 Bainbridge Street
Brooklyn, New York

Re: **Infringement of Trademarks Owned by Likkle More Carib, Inc.**

We are trademark counsel for LIKKLE MORE JERK, INC. ("LMJ"). As you know, LMJ is the owner of valid and subsisting United States Trademark/Service Mark, Registration Nos. 5,529,953 and 5,529,385 on the Principal Register in the United States Patent and Trademark Office for the trademark/service mark, namely "Jerkito Burrito" (hereinafter "Jerkito Burrito Mark") and "Likkle More Jerk" (hereinafter "Likkle More Jerk"), respectively (collectively the "Trademarks").

It has come to our client's attention that you (Herman Lawrence and Jumieka LLC) are infringing on LMJ's federally registered and incontestable and common law and state law trademark. LMJ therefore demands that you both immediately cease such infringing activity, desist from such infringing activity in the future, and comply with LMJ's other requirements set forth in this letter.

LMJ is the owner of the Trademarks in connection with its sale of goods and services and has been using the Trademarks in connection with these goods/services/goods and services in the United States for more than 6 years. As a result of our client's longstanding] use of the

Trademarks and the high quality of its goods/services/goods and services, the mark has become widely known [and famous] throughout the United States, is closely identified with LMJ.

It has come to LMJ's attention that you are violating LMJ's rights in its registered Trademarks by using the marks/designations in connection with its offering of certain goods/services/goods and services. We enclose a copy/photograph]of the infringing use of the Trademarks.

Your improper use of the Trademarks in this manner appears to be made with the intent to trade on the goodwill associated with LMJ's Trademarks, and your unlawful use creates the false impression that your goods/services/goods and services originate from LMJ, or that LMJ is somehow connected or associated with your goods/services/goods and services, so as to deceive customers or to cause confusion or mistake as to the origin or affiliation of yours and LMJ's goods/services/goods and services.

Your use is also likely to dilute the distinctive quality of the LMJ's famous and registered Trademarks. The attempted association of LMJ's trademark with your goods/services/goods and services is likely to blur or confuse and dilute the distinctive character and tarnish the reputation of LMJ's Trademarks.

The above use of the Trademarks in connection with your goods/services/goods and services subjects you to liability for willful trademark infringement and false designation of origin, and trademark dilution in violation of the Lanham Trademark Act, 15 U.S.C. § 1051 et. seq.

Your actions may also give rise to separate claims under state unfair competition and dilution laws, including applicable state statutes. The civil remedies available for these violations include immediate and permanent injunctive relief, recovery of your profits, and up to three times the amount of monetary damages suffered by our client, as well as an award of attorney's fees.

LMJ will enforce its trademark rights against infringers through all appropriate legal means. LMJ therefore demands that you immediately:

1. Cease and desist from all further use of the Trademarks and any other designations likely to cause confusion with or dilution of LMJ's trademarks;

2. Destroy any materials in its possession or control bearing any designation likely to cause confusion with [or dilution of] LMJ's trademarks;

3. Provide LMJ with sufficient information to determine the full amount of your gross revenues and profits derived from its use of the infringing Trademarks;

4. Abandon all pending applications to register and voluntarily cancel all existing USPTO or state registrations for the infringing Trademarks.

The above is not an exhaustive statement of all the relevant facts and law. LMJ expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Sincerely,

Robert L. Reda

Enclosure



United States Patent and Trademark Office

# Likkle More Jerk

**Reg. No. 5,529,385**  
**Registered Jul. 31, 2018**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Likkle More Carib (NEW YORK CORPORATION)  
#35b  
20 West Street  
New York, NEW YORK 10004

CLASS 43: Restaurant services

FIRST USE 6-16-2017; IN COMMERCE 6-16-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "JERK"

SER. NO. 87-729,887, FILED 12-21-2017

Director of the United States  
Patent and Trademark Office



United States Patent and Trademark Office

# Jerkito Burrito

**Reg. No. 5,529,953**  
**Registered Jul. 31, 2018**  
**Int. Cl.: 30**  
**Trademark**  
**Principal Register**

Likkle More Carib (NEW YORK CORPORATION)
#35b
20 West St
New York, NEW YORK 10004

CLASS 30: Burritos

FIRST USE 6-16-2017; IN COMMERCE 6-16-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BURRITO"

SER. NO. 87-737,224, FILED 12-28-2017

Director of the United States
Patent and Trademark Office







4:12 .ıl 5G+

< JUMIEKANYC_
**Posts**                                    Follow

**jumiekanyc_**
The Hugh                                     ...

♡  ○  ▽                                      ⊠

🌶️ Liked by **ydk1523** and **42 others**

**jumiekanyc_** Home of The Jerk Burritos, ask for it !
#chefkemis #jerk #buritto #midtown #newyorkcity
#jamaicanfood

View all 7 comments

**nat.redwine** Yummy

November 4, 2021

**jumiekanyc_**
The Hugh                                     ...