UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LKKLE MORE CARIB INC.,

                        Plaintiff,                        23-CV-10383 (PAC) (VF)

        -against-                                  **ORDER**

HERMAN LAWRENCE and JUMIEKA, LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 7, 2024, the Court entered an Order, at ECF No. 13, directing the Parties to submit a case management plan by May 22, 2024. That deadline has since passed without any submissions or extension requests. The parties are once again directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Monday, July 1, 2024.** The Plaintiff is reminded that it is its responsibility to prosecute this case. If the Court determines that Plaintiff is not prosecuting its case, the Court may recommend to the Honorable Arun Subramanian, to whom the case is assigned for trial, that Plaintiff's case be dismissed for failure to prosecute.

        **SO ORDERED.**

DATED:    New York, New York
                June 17, 2024

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge