**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LKKLE MORE CARIB INC.,

                             Plaintiff,                       **23-CV-10383 (PAC) (VF)**

         -against-                                **ORDER**

HERMAN LAWRENCE and JUMIEKA, LLC,

                             Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to provide a joint status update on the progress of discovery by

September 30, 2024.

      **SO ORDERED.**

DATED:     New York, New York
            August 19, 2024

                                         _____

                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge