**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LKKLE MORE CARIB INC.,

                              Plaintiff,                  **23-CV-10383 (AS) (VF)**

                -against-                               **ORDER**

HERMAN LAWRENCE and JUMIEKA, LLC,

                             Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to provide a joint status update by October 31, 2024 regarding the disputes raised in Plaintiff's October 1, 2024 letter. <u>See</u> ECF Nos. 19; 20. That date has now passed, and the parties have not filed a joint status update. The parties are hereby directed to file a joint status update by **<u>Monday, November 11, 2024</u>**.

      **SO ORDERED.**

DATED:     New York, New York
                 November 7, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge