**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LKKLE MORE CARIB INC., | |
| Plaintiff, | **23-CV-10383 (AS) (VF)** |
| -against- | **ORDER** |
| HERMAN LAWRENCE and JUMIEKA, LLC, | |
| Defendants. | |

**Valerie Figueredo, United States Magistrate Judge:**

The Court hereby extends the deadline for the parties to submit a joint status update from January 13, 2025 to **Monday, February 3, 2025**, given that the first mediation conference is scheduled for January 22, 2025.

**SO ORDERED.**

Dated:   December 16, 2024
            New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge